**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

```
U.S. DISTRICT COURT - N.D. OF N.Y.
        FILED
       NOV 1 0 2008
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse
```

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:08-CR-257 (GHL)

**DONTE CHAVON JONES**

_Jerry Leek, Esq._
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX guilty __ nolo contendere as to count(s) 1, 3 and Reduced Count 4 of the Information.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of Marijuana, in violation of Title 21 United States Code, Section(s) 844 (a); Driving While Ability Impaired by Drugs, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 1192.4 of the New York Vehicle and Traffic Law and Disorderly Conduct, in violation of Title 18 United States Code, Section(s) 7 & 13, assimilating Section 240.20 of the NY State Penal Code.

**DATE OFFENSES CONCLUDED:** MARCH 2, 2008, APRIL 16, 2008 and MAY 13, 2008

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1000.00 and special assessment of $25.00 in connection with Count 1, a fine of $500.00 and special assessment of $25.00 in connection with Count 3 and a fine of $100.00 and special assessment of $5.00 in connection with Reduced Count 4. Total of the fines amounts to $1600.00 and is payable no later than October 15, 2009. Total of the special assessments amount to $55.00 and is payable immediately. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED THAT** Count 2 of the Information is dismissed on motion of the United States.

_October 8, 2008_
Date of Imposition of Sentence

_November 7, 2008_
DATE SIGNED

_[signature]_
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE